wine hee bought of s<sup>d</sup> Clarke, hee said hee would not bee cheated by him, and hath often said the wines hee bought of Clarke were abused, all which is untrue: . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

### CLARKE agt. KENT

Thomas Clarke Merch<sup>t</sup> plaint. ag<sup>t</sup> W<sup>m</sup> Kent Defend<sup>t</sup> for a debt of thirty Eight pounds mony due for two pipes of wine Sold him in January last: . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

### KELLOND ag<sup>t</sup> CHECKLEY

Thomas Kellond Attourny of Thomas Martyn pl<sup>t</sup> ag<sup>t</sup> Anthony Checkley Defend<sup>t</sup> according to attachm<sup>t</sup> The plaint. withdrew his Action.

### BRADSTREET ag<sup>t</sup> STARLING

Simon Bradstreet Esq<sup>r</sup> plaint. ag<sup>t</sup> William Starling Defend<sup>t</sup> accord. to attachm<sup>t</sup> The plaint. withdrew his action.

### TOMPSON ag<sup>t</sup> SIMONS

Benjamin Tompson Assignee by deed & proprietor by purchase of the Estate of John Godfrey plaint. ag<sup>t</sup> Samuel Simons of Haverill Defend<sup>t</sup> for witholding possession of Lands unto the s<sup>d</sup> Godfrey Mortgaged, from the s<sup>d</sup> Tompson, or refuseing to pay fourscore pounds w<sup>ch</sup> the s<sup>d</sup> Land was mortgaged for, together w<sup>th</sup> due damages: . . . The Jury . . . found for the plaint. twenty pounds according to bill & costs of Court allow<sup>d</sup> thirty Seven Shillings four pence.

Execution issued 21° Janur° 78.

[ A copy of the indenture is in S. F. 1622.9.]